UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE,<br>　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA,<br>　　　Defendant. | Case No. 14-cv-04196-JD<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 3, 6, 7 |

　　　Plaintiff, a condemned prisoner at San Quentin State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis. Plaintiff filed this case in the United States District Court for the District of Columbia which transferred the case to this Court. Named as defendants are the State of California, Governor Brown, and Attorney General Harris and plaintiff challenges his conviction and the practices and procedures of death penalty appeals in California. Plaintiff essentially seeks the Court to overturn his conviction and the death penalty and to provide money damages. On March 13, 2008, plaintiff was sentenced to death in Los Angeles County. The California Supreme Court appointed counsel for his direct appeal on January 8, 2013. On February 20, 2013, the California Supreme Court denied plaintiff's pro se state habeas petitions, however his direct appeal continues.

　　　Court records indicate that plaintiff has repeatedly filed similar cases in this and other districts and appeals with the Ninth Circuit that have all been denied. *See, e.g.*, *Shove v. Schwarzenegger*, 5:09-cv-0656-RMW (N.D. Cal. June 3, 2009), appeal denied *In re: Theodore C.*

*Shove*, No. 96-80069 (9th Cir. Jan. 21, 2010)[1]; *Shove v. Chappelle*, No. 13-1475-R (C.D. Cal. March 11, 2013), appeal denied in *Shove v. Chappelle*, No. 13-72905 (9th Cir. Dec. 17, 2013); *Shove v. Brown*, 5:12-cv-0211-RMW (N.D. Cal. Nov. 27, 2013), appeal denied *In re: Theodore C. Shove*, No. 96-80069 (9th Cir. Feb. 26, 2014).

To the extent plaintiff seeks to challenge his conviction, he may file a federal habeas petition after his claims have been exhausted in state court. Under principles of comity and federalism, a federal court should not interfere with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances. *See Younger v. Harris*, 401 U.S. 37, 43-54 (1971). To the extent plaintiff seeks money damages arising from his conviction, that claim is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). As plaintiff has repeatedly brought these same claims before and has repeatedly been informed of the deficiencies of his allegations, this action is dismissed as frivolous, malicious and for failure to state a claim.

## CONCLUSION

1. This action is **DISMISSED** with prejudice as it is frivolous, malicious and fails to state a claim.

2. Plaintiff's motions to appoint counsel and file additional exhibits (Docket Nos. 3, 6, 7) are **DENIED**.

3. The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated: October 3, 2014

_____
JAMES DONATO
United States District Judge

---

[1] It appears that plaintiff has a pre-filing review order with the Ninth Circuit, and the Circuit did not permit his appeal to proceed.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No.   14-cv-04196-JD<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 10/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore  Shove ID: G11092
San Quentin State Prison
San Quentin, CA 94974


Dated: 10/3/2014


　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court



　　　　　　　　　　　　　　　　　　　　By *Lisa R. Clark*
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO